**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Justin Valencia, on behalf of himself and all others similarly situated,** | **1:25-cv-08999 (PAE) (SDA)** |
| **Plaintiff,** | **ORDER** |
| -against- | |
| **PT Opco, LLC,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, for which only Plaintiff appeared, it is hereby

Ordered that Plaintiff shall seek a Certificate of Default from the Clerk of Court no later than

Wednesday, December 24, 2025.

**SO ORDERED.**

Dated:     New York, New York
           December 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge